UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-24-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-CR-00072 (SRU) |
| v. | VIOLATIONS: |
| KEVIN KOLENDA | 18 U.S.C. § 1343 (Wire Fraud) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNTS 1–13
(Wire Fraud)

The Defendant, Related Entities, and Background

1. At all relevant times, defendant KEVIN KOLENDA ("KOLENDA") was a resident of Connecticut. At all relevant times, KOLENDA was doing business in Norwalk, Connecticut, as Hole-in-Won LLC, Compliance HIW LLC, Hole-in-Won Worldwide, and Hole-in-Won.com (collectively referred to as "Hole-in-Won"). Hole-in-Won, which billed itself as "the most successful prize insurance company in the world" and claimed to have "paid out 1000's of awards," provided prize insurance to customers offering promotions or prizes at events such as golf tournaments or fishing contests.

2. At all relevant times, neither KOLENDA nor Hole-in-Won were licensed to sell insurance. In fact, in August of 2012, based on KOLENDA's agreement, a Connecticut court permanently enjoined KOLENDA, Hole-in-Won LLC, Hole-in-Won Worldwide, Hole-in-Won.com, and any other "corporation, partnership, limited partnership, limited liability company, sole proprietorship, d/b/a, or other legal entity whatsoever" that KOLENDA, Hole-in-Won LCC, Hole-in-Won Worldwide, or Hole-in-Won.com "own,

control, have a legal interest in, employ, or are employed by" from, "in any way whatsoever, brokering, producing, promoting, offering, or selling insurance or indemnity coverage, in any form whatsoever, within the state of Connecticut without first obtaining an appropriate license." That stipulated injunction prohibited KOLENDA from offering or selling insurance or indemnity coverage to "Connecticut or non-Connecticut residents," including "via a website or other internet connection." In separate actions and in multiple states, KOLENDA has been repeatedly censured for engaging in unauthorized insurance transactions and otherwise violating state insurance laws and has been ordered by multiple states to cease and desist selling insurance. Prior to 2019, KOLENDA also has been convicted of crimes in multiple jurisdictions for engaging in unauthorized insurance transactions.

<u>The Scheme and Artifice to Defraud</u>

3. Beginning in or before 2019 and continuing through at least April of 2024, in the District of Connecticut and elsewhere, KOLENDA, knowingly and with the specific intent to defraud, devised and intended to devise a scheme and artifice to defraud Hole-in-Won customers and others associated with events involving those customers, and to obtain money and property of those customers and others, by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing that scheme and artifice to defraud, did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds.

4. It was part of the scheme and artifice to defraud that KOLENDA and Hole-in-Won advertised promotional or prize insurance on Hole-in-Won's website and elsewhere. Victims of the scheme and artifice—often charitable or civic organizations that were hosting fundraising events—would contact KOLENDA to obtain insurance for one or more prizes

at these events. For example, the host of a golf tournament might include a lucrative prize, such as a new car, for any player who hits a hole in one on a designated hole on the golf course to incentivize participation in the tournament and increase donations to the host organization. KOLENDA or another Hole-in-Won employee would send an insurance contract to the host of the event. The victim host or organization would then complete and send back the contract and either pay the insurance premium by check or provide credit card payment information. Premium payments obtained by customers would be deposited into bank accounts controlled by KOLENDA.

    5.    As part of the scheme and artifice to defraud, KOLENDA made multiple material misrepresentations, including half-truths—in written materials, in marketing on the Hole-in-Won website, via email, and orally—in order to induce his customers to pay him insurance premiums and to avoid paying claims for insured prizes won. Those misrepresentations included:

    a.  that the product that KOLENDA and Hole-in-Won sold to customers was a prize insurance product without informing customers of one or more material facts, including: that neither KOLENDA nor Hole-in-Won was licensed to sell insurance; that KOLENDA, Hole-in-Won LLC, Hole-in-Won Worldwide, and Hole-in-Won.com had been permanently enjoined from such sales; that KOLENDA, Hole-in-Won LLC, and Hole-in-Won.com had been repeatedly ordered to cease and desist sales of prize insurance; and that KOLENDA had been convicted of crimes for engaging in unauthorized insurance transactions, all as set forth in Paragraph 2;

b. that Hole-in-Won was an insurance company and a leader in the insurance prize coverage industry without informing customers of one or more material facts, including: that neither KOLENDA nor Hole-in-Won was licensed to sell insurance; that KOLENDA, Hole-in-Won LLC, Hole-in-Won Worldwide, and Hole-in-Won.com had been permanently enjoined from such sales; that KOLENDA, Hole-in-Won LLC, and Hole-in-Won.com had been repeatedly ordered to cease and desist sales of prize insurance; and that KOLENDA had been convicted of crimes for engaging in unauthorized insurance transactions, all as set forth in Paragraph 2;

c. inventing a number of Hole-in-Won employees and representing that Hole-in-Won had multiple departments and offices, including a "claims department" in Washington, D.C., to give a false impression of the size and scope of Hole-in-Won's operations;

d. that Hole-in-Won would pay the total cost of the insured prizes if there was a winner, notwithstanding that KOLENDA did not intend to do so; and

e. that Hole-in-Won would pay the total cost of the insured prizes after being informed that there was a winner at an insured event, when KOLENDA, in truth and in fact, did not intend to do so, referred customers to a Hole-in-Won "claims department" at a non-existent Washington, D.C., office, fabricated excuses as to why payment was delayed, threatened customers with legal action, and ceased responding to customers.

6.      As a result of the scheme and artifice, the victim customers, event hosts, or their partners, would often have to pay for the cost of the insured prizes themselves, despite also having previously paid the insurance premiums to KOLENDA and Hole-in-Won.

7.      Through this scheme and artifice, KOLENDA has defrauded organizations and individuals out of hundreds of thousands of dollars in insurance premiums and prize costs.

Executions of the Scheme and Artifice to Defraud

8.      At different points in time during the relevant scheme, KOLENDA or his entities processed customer premium payments through a card processing service known as Square (owned by Block, Inc.). Customers would provide KOLENDA with credit card information that KOLENDA would input and cause to be inputted from Connecticut into Square's payment gateway, which would then transmit the information provided from servers outside of Connecticut through the corresponding credit card network. The credit card network would then validate and settle the transactions, which would cause a transfer of funds from the customers' credit card to the Square account controlled by KOLENDA. The transferred funds, minus any Square processing fees, would then be bulk wired at designated intervals, together with any other funds that may have been in the Square account at that time, to a bank account controlled by KOLENDA at Bank of America. Later, during the relevant scheme, KOLENDA would use Square or an online card processing service known as Merchants Bankcard Network, Inc. ("MBN"), with servers outside of Connecticut, to process customers' funds and wire them to a bank account controlled by KOLENDA at First County Bank, through payment processing servers in Connecticut.

9.      On or about the dates set forth in each count below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the

5

aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, KOLENDA did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, each wiring as set forth below constituting a separate count of this Superseding Indictment:

| Count | Policy Holder / Insured Event Location / Insured Prize Value | Wiring Date (on or about) | Description of Interstate Wire Caused by KOLENDA |
|---|---|---|---|
| 1 | Smith Nadenbousch Insurance, Inc. (Charles Town Baptist Church, event sponsor)<br><br>West Virginia<br><br>$2,500 | June 4, 2019 | Credit card premium payment regarding customer Smith Nadenbousch Insurance, Inc. from an IP address in Connecticut to a Square account ending in ZCN6 in the name of "Hole-in-Won.com," located outside of Connecticut and controlled by KOLENDA (with this payment resulting in a transfer from Square, including a premium payment for Charles Town Baptist Church, to a Bank of America account ending 1549 in the name of "Compliance HIW LLC" controlled by KOLENDA and opened in the District of Connecticut) |
| 2 | Reynolds Subaru<br><br>Connecticut<br><br>$29,341 | September 18, 2019 | Credit card premium payment regarding the customer Reynolds Subaru from an IP address in Connecticut to a Square account ending in ZCN6 in the name of "Hole-in-Won.com," located outside of Connecticut and controlled by KOLENDA (with this payment resulting in a transfer from Square, which included a premium payment for Reynolds Subaru, to a Bank of America account ending 1549 in the name "Compliance HIW LLC" controlled by KOLENDA and opened in the District of Connecticut) |

| Count | Policy Holder / Insured Event Location / Insured Prize Value | Wiring Date (on or about) | Description of Interstate Wire Caused by KOLENDA |
|---|---|---|---|
| 3 | Boen and Associates<br><br>South Dakota<br><br>$10,000 | August 28, 2020 | Bulk payment transfer, which included a premium payment for Boen and Associates, from a Square account ending in 3HFE in the name of Compliance HIW LLC, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 4 | Mount Carmel VFW<br><br>Pennsylvania<br><br>$10,000 | July 7, 2021 | Interstate clearing process initiated at First County Bank branch in Stamford, Connecticut, in which $500 check drawn on UNB Bank account of Veterans Overseas Association was deposited into First County Bank account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 5 | Anthony H.<br><br>Michigan<br><br>$10,000 | February 28, 2022 | Bulk payment transfer, which included premium payment from customer Anthony H., from a MBN account ending in 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, though processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 6 | Early Recognition Is Critical<br><br>Kansas<br><br>$25,000 | April 27, 2022 | An email sent from outside of Connecticut by an individual with the initials J.G. on behalf of Early Recognition Is Critical to vp@hole-in-won.net, an email address controlled by KOLENDA, received by a computer located in Connecticut |

| Count | Policy Holder / Insured Event Location / Insured Prize Value | Wiring Date (on or about) | Description of Interstate Wire Caused by KOLENDA |
|---|---|---|---|
| 7 | Stanley Volunteer Fire Department<br><br>Virginia<br><br>$25,000 | May 23, 2022 | Bulk payment transfer, which included premium payment from customer Stanley Volunteer Fire Department, from a MBN account ending in 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 8 | M&M Insurance (Consolidated Glass Corporation, event sponsor)<br><br>Pennsylvania<br><br>$5,000 | July 25, 2022 | Bulk payment transfer, which included a premium payment from customer Consolidated Glass Corporation, from a MBN account ending 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 9 | Lehman Volvo<br><br>Pennsylvania<br><br>$5,000 | June 1, 2023 | Bulk payment transfer, which included a premium payment from customer Lehman Volvo, from a MBN account ending 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 10 | NuCar AutoMall<br><br>New Hampshire<br><br>$45,000 | August 2, 2023 | An email sent from outside of Connecticut by an individual with the initials M.T. on behalf of NuCar AutoMall to vp@hole-in-won.net, an email address controlled by KOLENDA, received by a computer located in Connecticut |

| Count | Policy Holder / Insured Event Location / Insured Prize Value | Wiring Date (on or about) | Description of Interstate Wire Caused by KOLENDA |
|---|---|---|---|
| 11 | Maschari Marketing (Ganley Auto CDJR, event sponsor)<br><br>Ohio<br><br>$20,000 | September 1, 2023 | Bulk payment transfer, which included a premium payment from customer Ganley Auto CDJR, from a MBN account ending 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 12 | Montana Chamber Foundation<br><br>Montana<br><br>$40,000 | September 22, 2023 | Bulk payment transfer, which included a premium payment from customer Montana Chamber Foundation, from a MBN account ending 7984 in the name of Hole-in-Won, located outside of Connecticut and controlled by KOLENDA, through processing servers in Connecticut to a First County Bank Account ending 0930 in the name "Compliance HIW LLC," which was controlled by KOLENDA |
| 13 | Botetourt Sheriff's Department<br><br>Virginia<br><br>$10,000 | November 8, 2023 | An email sent from outside of Connecticut by an individual with the initials S.G. on behalf of the Botetourt County Sheriff's Office to vp@hole-in-won.net, an email address controlled by KOLENDA, received by a computer located in Connecticut |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

/s/ David X. Sullivan
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ Daniel P. Gordon
DANIEL P. GORDON
ASSISTANT UNITED STATES ATTORNEY

/s/ Christopher W. Schmeisser
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY